JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

J.S.,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No. 5:26-cv-03708-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim One. Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 14.) The Court therefore directs the Clerk of Court to close this case.

DATED: JULY 17, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE